

ROBERT M. SILVERMAN+*-
CRAIG THOR KIMMEL+-^

+ *Member, PA Bar*
* *Member, NJ Bar*
x *Member, DE Bar*
- *Member, NY Bar*
^ *Member, MA Bar*
# *Member, MD Bar*
♦ *Member, OH Bar*
§ *Member, MI Bar*
□ *Member, NH Bar*
± *Member, CT Bar*
ˇ *Member, TN Bar*
µ *Member, WY Bar*
¥ *Member, DC Bar*
¢ *Member, CA Bar*

JACQUELINE C. HERRITT+*#-
ROBERT A. RAPKIN+
AMY L. BENNECOFF+*=#µ¢
TARA L. PATTERSON+
ANGELA K. TROCCOLI*□±
CHRISTINA GILL ROSEMAN*♦§
FRED DAVIS+*
RICHARD A. SCHOLER+*
W. CHRISTOPHER COMPONOVO x
TIMOTHY J. ABEEL, JR.+*

H[www.CREDITLAW.com](www.CREDITLAW.com)
(800)-NOT-FAIR

**CORPORATE HEADQUARTERS**
30 E. Butler Pike, Ambler, PA 19002
Toll Free (800)-668-3247
Fax (877) 788-2864

**DELAWARE**, 501 Silverside Road, Suite 118, Wilmington, DE 19809, (302) 791-9373
**NEW ENGLAND**, 60 Hartford Pike, P.O. Box 325, Dayville, CT 06241, (860) 866-4380
**NEW JERSEY**, Executive Quarters, 1930 E. Marlton Pike, Suite Q29, Cherry Hill, NJ 08003, (856) 429-8334
**NEW YORK**, 1001 Avenue of the Americas, 12th Floor, New York, NY 10018, (212) 719-7543
**W. NEW YORK**, 1207 Delaware Avenue, Suite 440, Buffalo, NY 14209, (716) 332-6112
**W. PENNSYLVANIA,** 210 Grant Street, Suite 202, Pittsburgh, PA 15219, (412) 566-1001
**Please reply to CORPORATE HEADQUARTERS**

September 29, 2011

The Honorable Leonard P. Stark
US DISTRICT COURT FOR
THE DISTRICT OF DELAWARE
844 North King Street
Unit 26- Room 6124
Wilmington, DE 19801-3556

RE:    D.W VS. MANN BRACKEN, LLP
       DOCKET NO: 1:09-cv-00901-LPS

Dear Judge Stark:

Pursuant to your Order dated September 20, 2011, kindly allow this letter to serve as a status of the above referenced matter.

Plaintiff, a minor, filed this action on November 25, 2009 alleging violations of the Fair Debt Collections Practices Act ("FDCPA").  Plaintiff's Complaint was based on contacts beginning in or around March 2009 through November 2009.   Defendant was served with the Complaint and Summons on December 14, 2009.

Thereafter, on or about February 25, 2010, Defendant was placed into receivership in the Circuit Court for Montgomery County, Maryland.  Pursuant to the filing of the Petition to Appoint a Receiver, on or about February 26, 2010, Cheryl E. Rose, Esquire was appointed as receiver.   Similar to a bankruptcy trustee, as Receiver, Ms. Rose is to marshal all assets of Defendant and liquidate them for the benefit of creditors.  Under a Receivership, a business is liquidated under Court supervision, similar to a bankruptcy. See MD Code, Corporations and Associations, § 3-414.

The Hon. L. Stark
Sep. 29, 2011
Page Two

      Angela Williams, as guardian of Plaintiff, filed a Proof of Claim in the Receivership on June 25, 2010.  Plaintiff is an unsecured creditor in the receivership.

      Based on information and belief, Ms. Rose, as Receiver, is presently or will be reviewing claims that were filed in the Receivership.  However, until such time that the assets of Defendant are distributed the Receivership could still be subject to termination or dismissal by the Court.

      If the Receivership is dismissed or terminated, Plaintiff could proceed in the present action.  If this Court dismisses Plaintiff's Complaint and the Receivership is subsequently dismissed or terminated, Plaintiff could potentially be barred by the statute of limitations from bringing suit against Defendant.   At this time, the Receivership has not been dismissed or terminated.

      Once again, Plaintiff respectfully requests that this Court stay any action in this matter pending distribution in the Receivership.

      Respectfully submitted,

      /s/ W. Christopher Componovo
      W.CHRISTOPHER COMPONOVO

WCC/dg

*"When Debt Collectors called you, they never expected you to call us"*
*© Copyright 2009-2011 All Rights Reserved, Kimmel & Silverman, P.C.*